IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-21695-CIV-SEITZ/O'SULLIVAN

ANTONIO ACAFRAO and JOEL ACAFRAO,

    Plaintiffs,

v.

U.S. CENTURY BANK,

    Defendant.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY PROVIDED that the law firm Law Offices of Joseph A. Carballo, P.A. has been retained to act as legal counsel for Plaintiffs, ANTONIO ACAFRAO and JOEL ACAFRAO, in the above matter. The undersigned requests that he and his firm be served with all papers in this case, including orders, motions, notices and discovery.

Respectfully submitted,

Law Offices Joseph A. Carballo, P.A.
Attorneys for Plaintiffs
717 Ponce de Leon Blvd., Suite 326
Coral Gables, Florida 33134
Tel: (305) 673-8300, Fax: (305) 673-8358

By: _____
Joseph A. Carballo
Florida Bar No. 983845
John Rodriguez
Florida Bar No. 67268

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing documents with the Clerk of Court using CM/ECF, on March 30, 2010. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notices of Electronic Filing generated by CM/ECF.

Patricia Acosta, Esq.
pacosta@hunton.com

Patricia Acosta, Esq.
Hunton & Williams LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131.

_____
Attorney