IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAM DIVISION

CASE NO. 09-21695-CIV-SEITZ / O'SULLIVAN

ANTONIO ACAFRAO and JOEL ACAFRAO,

    Plaintiffs,

v.

U.S. CENTURY BANK,

    Defendant.

_____/

### PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL AND SUPPORTING MEMORANDUM

### MOTION

Plaintiffs, Antonio Acafrao and Joel Acafrao. ("Plaintiffs"), request that the Court enter an order approving the substitution of Joseph A. Carballo, Esq. ("Attorney Carballo") of The Law Offices of Joseph A. Carballo, P.A.. (the "Carballo Firm") as Plaintiffs' legal counsel in this case in place of Gustavo J. Lamelas, Esq. ("Attorney Lamelas") and The Lamelas Firm, P.A. (the "Lamelas Firm"), which Plaintiffs request be relieved of any further responsibilities regarding this matter, for the reasons stated below.

### MEMORANDUM

1.    Attorney Lamelas is a sole practitioner who is in the process of closing his law practice, in connection with which Attorney Lamelas is ending all of the client engagements of the Lamelas Firm. As a consequence of the immediately impending change of employment circumstances of Attorney Lamelas, Attorney Lamelas is unable to proceed as legal counsel in this case.

CASE NO. 09-21695-CIV-SEITZ / O'SULLIVAN

2. Plaintiffs have engaged Attorney Carballo—with whom Attorney Lamelas previously practiced law for several years—to represent Plaintiffs in this action.

3. Attorney Carballo hereby confirms his engagement as Plaintiffs' attorney in this case and has filed separately a notice of appearance for Plaintiffs.

4. The undersigned attorneys certify that Plaintiffs (who are presently outside of the United States) have authorized this change of counsel.

5. In light of the foregoing, Plaintiffs respectfully request that this motion be granted. A proposed order is attached hereto as Exhibit "A."

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by e-mail and U.S Mail to: Patricia Acosta, Esq., Hunton & Williams LLP, Mellon Financial Center, 1111 Brickell Avenue, Ste. 2500, Miami, Florida 33131, this 1st day of April, 2010.

Respectfully submitted,

THE LAMELAS FIRM, P.A.
Counsel for Antonio Acafrao and Joel Acafrao

By:   s/ Gustavo J. Lamelas
    Florida Bar No. 995983
    1500 San Remo Avenue, Ste. 170
    Coral Gables, Florida 33146
    Telephone:  (305) 666-0850
    Facsimile:  (305) 675-5860
    E-mail:  gus@lamelaslaw.com

-and-

CASE NO. 09-21695-CIV-SEITZ / O'SULLIVAN

        THE LAW OFFICES OF JOSEPH A.
        CARBALLO, P.A.
        Counsel for Antonio Acafrao and Joel
        Acafrao


        By:   s/ Joseph A. Carballo
            Florida Bar No. 983845
            John Rodríguez
            Florida Bar No. 67268
            Ponce Square Building
            717 Ponce de Leon Blvd., Ste. 326
            Coral Gables, Florida 33134
            Telephone:  (305) 673-8300
            Facsimile:  (305) 673-8358
            E-mail:  joe@carballo.law.com