IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-21695-CIV-SEITZ/O'SULLIVAN

ANTONIO ACAFRAO and JOEL ACAFRAO,

    Plaintiffs,

v.

U.S. CENTURY BANK,

    Defendant.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY PROVIDED that the law firm Law Offices of Joseph A. Carballo, P.A. has been retained to act as legal counsel for Plaintiffs, ANTONIO ACAFRAO and JOEL ACAFRAO, in the above matter.  The undersigned requests that he and his firm be served with all papers in this case, including orders, motions, notices and discovery.

    Respectfully submitted,

    Law Offices Joseph A. Carballo, P.A.
    Attorneys for Plaintiffs
    717 Ponce de Leon Blvd., Suite 326
    Coral Gables, Florida 33134
    Tel: (305) 673-8300, Fax: (305) 673-8358

    By: __/s/ Joseph A. Carballo_____
        Joseph A. Carballo
        Florida Bar No. 983845
        joe@carballolaw.com
        John Rodriguez
        Florida Bar No. 67268
        john@carballolaw.com

Page 2 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing documents with the Clerk of Court using CM/ECF, on April 5, 2010.  I also certify that the foregoing document is being served this day on all counsel of record identified below via Notices of Electronic Filing generated by CM/ECF.

Patricia Acosta, Esq.
pacosta@hunton.com

Patricia Acosta, Esq.
Hunton & Williams LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131.

                                             By:    ____/s/Joseph A. Carballo_____
                                                                     Joseph A. Carballo