UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21695-CIV-SEITZ/O'SULLIVAN

ANTONIO ACAFRAO and JOEL ACAFRAO,

    Plaintiffs,

v.

U.S. CENTURY BANK,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

THIS MATTER is before the Court on Plaintiffs Antonio Acafrao and Joel Acafrao's Motion for Substitution of Counsel [DE 21]. Upon review, it is hereby

ORDERED that Plaintiffs' Motion for Substitution of Counsel [DE 21] is GRANTED. Joseph A. Carballos, Esq. and the Law Offices of Joseph A. Carballos, P.A. shall be substituted as counsel of record for Antonio Acafrao and Joel Acafrao. Gustavo J. Lamelas, Esq. and the law firm Lamelas Firm P.A. are relieved of further responsibility in this matter.

DONE and ORDERED in Miami, Florida, this 5th day of April, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge John J. O'Sullivan
       Counsel of Record